UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. GAINES,<br>ELIZABETH J. GAINES,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2326 (ESH)<br>)<br>)<br>)<br>)<br>) |
| ELEANOR M. GLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-2498 (ESH)<br>)<br>)<br>)<br>)<br>) |
| LAVERN KOERNER,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-0024 (ESH)<br>)<br>)<br>)<br>)<br>) |
| EDWIN PIERCE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-0320 (ESH)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Plaintiffs in these actions have filed *pro se* complaints alleging errors by the Internal Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking damages under 26 U.S.C. § 7433. Upon review of these complaints, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which this Court has dismissed for lack of subject matter jurisdiction owing to plaintiff's failure to exhaust administrative remedies. *See, e.g., Henry v. United States*, No. 05-2084, Order (D.D.C. Feb. 27, 2006); *Scott et al. v. United States*, No. 05-2043, Order (Feb. 27, 2006). Accordingly, it is hereby

**ORDERED** that each plaintiff in the above-captioned matters is required to show cause on or before March 15, 2006, why this Court has subject matter jurisdiction. In doing so, each plaintiff must explain how he or she has "exhausted all administrative remedies" (Plaintiff's Affidavit ¶ 16), as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If plaintiff fails to respond in timely manner and/or to provide a valid basis for jurisdiction, the Court will dismiss the matter without prejudice. There will be no continuances of this deadline.

Any response by the government must be filed on or before March 27, 2006.

**SO ORDERED**.

                                         s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

DATE:   February 27, 2006