UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWIN PIERCE,**<br><br>                    **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | Civil Action No. 06-320 (ESH) |

## ORDER

Plaintiff Edwin Pierce's suit for damages against the United States alleging violations of the Internal Revenue Code by agents of the Internal Revenue Service ("IRS") in the assessment and collection of taxes from him was dismissed without prejudice by the Court on March 31, 2006 for failure to exhaust administrative remedies. *Pierce v. United States*, Civ. No. 06-320 (D.D.C. Mar. 31, 2006) ("March 31 Opinion"). On May 31, 2006, Pierce filed a Motion for Reconsideration ("Pl.'s Mot.") pursuant to Fed. R. Civ. P. 60(b)(4).

Rule 60(b)(4) provides for relief from judgment when "the judgment is void." *Id*. Here, plaintiff asserts that in light of *Turner v. United States*, Civ. No. 05-1716, 2006 WL 1071852 (D.D.C. April 24, 2006), which held the exhaustion requirement to be non-jurisdictional, the Court's March 31 Memorandum Opinion dismissing his case is void. The Court's March 31 Opinion analyzed the very issue on which plaintiff now seeks reconsideration and concluded that "[e]ven if the exhaustion requirement in this case were 'non-jurisdictional' in nature, plaintiff would fare no better." March 31 Op. at 6.

Accordingly, it is hereby **ORDERED** that plaintiff's Motion for Reconsideration of Dismissal On Grounds of Failure to Exhaust Administrative Remedies [#9] is **DENIED**.

                                                             s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

DATE:   June 2, 2006